■ In the Matter of RESIDENTIAL CONCEPTS, INC., Respondent, v GEORGE A. ROBERTS et al., Appellants.—Appeal from a judgment of the Supreme Court at Special Term, entered September 2, 1975 in Albany County, which granted petitioner's application, in a proceeding pursuant to CPLR article 78, to annul the determination of the respondents and direct respondents to approve petitioner's subdivision map. Judgment affirmed, without costs, on the opinion of Hughes, J., at Special Term. Koreman, P. J., Greenblott, Kane, Main and Larkin, JJ., concur.